STATE of Wisconsin, Plaintiff-Respondent,

v.

William H. THORNTON, Jr., Defendant-Appellant-Petitioner.

Supreme Court

*No. 01–1402. Oral argument March 12, 2004.—
Decided March 30, 2004.*

2004 WI 35

(Also reported in 677 N.W.2d 274.)

For the defendant-appellant-petitioner there were briefs by *Robert R. Henak* and *Henak Law Office, S.C.,* Milwaukee, and oral argument by *Robert R. Henak.*

265

For the plaintiff-respondent the cause was argued by *William L. Gansner,* assistant attorney general, with whom on the brief was *Peggy A. Lautenschlager,* attorney general.

¶ 1. PER CURIAM. The court is equally divided on the question of whether the decision of the court of appeals, *State v. Thornton,* No. 01–1402, unpublished slip op. (Wis. Ct. App. March 5, 2002), should be affirmed or reversed. Justice JON P. WILCOX, Justice DAVID T. PROSSER and Justice PATIENCE D. ROGGENSACK would affirm; Chief Justice SHIRLEY S. ABRAHAMSON, Justice ANN WALSH BRADLEY, and Justice N. PATRICK CROOKS would reverse. Justice DIANE S. SYKES did not participate.

¶ 2. Accordingly, the decision of the court of appeals is affirmed.